LEONARD WERNER and Others, Respondents, v. JOSEPH N. WEBER, Appellant.

First Department, May 27, 1921.

Corporations — membership corporation affiliated with unincorporated association — order issued by president of unincorporated association directing members of corporation to show cause why they should not be expelled from association was improper.

The order issued by the defendant as president of the American Federation of Musicians, an unincorporated association, directing the plaintiffs, directors of the Musical Mutual Protective Union, a membership corporation, to show cause before the convention of the federation why they should not be expelled as members of the federation, was not proper under the general rules of the federation or as an emergency measure, since, under said rules, the expulsion of members first comes before the executive council and an appeal therefrom may be taken to the convention.

(See, also, head note in *Kunze* v. *Weber, ante,* p. 319.)

APPEAL by the defendant, Joseph N. Weber, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 26th day of February, 1921, granting plaintiffs' motion for a temporary injunction.

*William P. Maloney,* for the appellant.

*George Edwin Joseph* of counsel [*Jacob J. Schwebel,* attorney], for the respondents.

SMITH, J.:

This action is brought to restrain the defendant Weber and any one acting for him and by his direction from proceeding under an order issued by him which compelled these plaintiffs

header

to show cause before the convention of the American Federation of Musicians why they should not be expelled as members of the federation. There was no temporary restraining order in this order made by the defendant compelling these plaintiffs to show cause. The controversy arises over substantially the same matters as are discussed in the case of *Kunze* v. *Weber* (197 App. Div. 319), herewith decided. Under the rules of the federation, the expulsion of members first comes before the executive council and an appeal therefrom may be taken to the convention. This order of Weber, therefore, requiring these plaintiffs to show cause before the convention in the first instance can neither be sustained under the general rules of the federation, or as an emergency measure.

The same objection is urged to this injunction order as to its failure to state the grounds upon which it was granted. The order has substantially the same recitals as the orders in the *Kunze* case, herewith decided, and for reasons stated in the opinion filed in that case we are of opinion that the objection is not well taken.

The injunction order should, therefore, be affirmed, with ten dollars costs and disbursements.

CLARKE, P. J., DOWLING, PAGE and GREENBAUM, JJ., concur.

Order affirmed, with ten dollars costs and disbursements.